■ In the Matter of JAMIE PATTERSON, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [693 NYS2d 471] —Proceeding unanimously dismissed without costs (see, Matter of Free v Coombe, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ANDERSON, Appellant. [693 NYS2d 471] —Judgment unanimously affirmed. Memorandum: Contrary to defendant's contention, the sentence imposed is neither unduly harsh nor severe. We have considered the remaining issues raised by defendant in his pro se supplemental brief and conclude that they lack merit. (Appeal from Judgment of Cayuga County Court, Corning, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Callahan, JJ.